■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DEREK JONES, Respondent.—Appeal by the People from an order of the Supreme Court, Kings County (Goldstein, J.), dated February 22, 1991, which granted the defendant's motion to dismiss the indictment.

Ordered that the order is affirmed for reasons stated by Justice Goldstein at the Supreme Court. Rosenblatt, J. P., O'Brien, Ritter and Copertino, JJ., concur.